158 A.3d 66

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Mickey Santos COLON, Petitioner**

**No. 769 MAL 2015**

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal and Motion for Leave to File Amended or Supplemental Petition for Allowance of Appeal are **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.